August 28, 2009

Mr. Kevin D. Jewell
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002
Ms. Heidi Lee Widell
P.O. Box 13427
San Antonio, TX 78213

RE: Case Number: 06-0948
 Court of Appeals Number: 01-05-01157-CV
 Trial Court Number: 2005-26544

Style: CITY OF PASADENA, TEXAS
 v.
 RICHARD SMITH

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
Enclosures
|cc:|Ms. M. Karinne |
| |McCullough |
| |Mr. Charles Bacarisse |
| |Mr. Marcus L. Dobbs |
| |Ms. Evelyn Waithira |
| |Njuguna |
| |Mr. James C. Ho |
| |Mr. B. Craig Deats |